AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 5 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-MJ-99 |
| | ) | |
| Roy Ambre Jones (01) | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Roy Ambre Jones (01),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about November 18, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, Roy Ambre Jones, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Date: 5-26-2022

_____
*Issuing officer's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-26-22, and the person was arrested on *(date)* 5-31-22
at *(city and state)* AMARILLO, TX.

Date: 5-31-22

_____ HSI TFO
*Arresting officer's signature*

B. BACON  HSI TFO
*Printed name and title*